```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 38452
   MARIO C MARTINEZ
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-3573


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/15/04 and confirmed on 12/14/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  75174.14 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME           CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
CITIFINANCIAL MORTGAGE  CURRENT MORTG     41495.06             .00      41495.06
CITIFINANCIAL MORTGAGE  MORTGAGE ARRE      1590.95             .00       1590.35
GMAC PAYMENT CENTER     SECURED           18300.00         3273.63      18300.00
WELLS FARGO FINANCIAL AC SECURED               .00             .00            .00
ASSOCIATED RADIOLOGISTS UNSECURED         NOT FILED            .00            .00
ASSOCIATED RADIOLOGISTS UNSECURED         NOT FILED            .00            .00
ATHLETIC & THERAPEUTIC I UNSECURED         2638.40             .00        263.84
ATHLETICO LTD           UNSECURED         NOT FILED            .00            .00
ECAST SETTLEMENT CORPORA UNSECURED        10107.21             .00       1010.72
BAKUL K PANDYA MD       UNSECURED         NOT FILED            .00            .00
B FIRST LLC             UNSECURED          7020.33             .00        702.03
FISCHER MANGOLD         UNSECURED         NOT FILED            .00            .00
HEARTLAND CARDIOVASCULAR UNSECURED         NOT FILED           .00            .00
ECAST SETTLEMENT CORPORA UNSECURED         1143.95             .00        114.40
ECAST SETTLEMENT CORPORA UNSECURED          504.64             .00         50.46
IMBS                    UNSECURED         NOT FILED            .00            .00
PROVIDIAN NATIONAL BANK  UNSECURED         NOT FILED           .00            .00
ECAST SETTLEMENT CORPORA UNSECURED          264.08             .00         26.41
SILVER CROSS HOSPITAL   UNSECURED         NOT FILED            .00            .00
SURESH BHALLA MD        UNSECURED         NOT FILED            .00            .00
------------------------------------------------------------------------
CREDITOR NAME           CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
GMAC PAYMENT CENTER     UNSECURED         13478.84             .00       1347.88
          Summary of disbursements:
------------------------------------------------------------------------
                SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  61386.01       .00     35157.45        .00     96543.46
PRINCIPAL PAID      61385.41       .00      3515.74        .00     64901.15
```

```
INTEREST PAID              3273.63           .00         .00          .00      3273.63
TOTAL PAID                64659.04           .00     3515.74          .00     68174.78
```

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   2700.00
and was paid $      6.00   direct and $   2694.00   through the plan.

The Trustee received $    3107.12 .

Refunds to the Debtor totaled $    1198.24 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 07/18/08                    /S/
                                      GLENN STEARNS
                                    CHAPTER 13 TRUSTEE